U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 3 0 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEPHAN MOORER<br>    FED. REG. NO. 03502-007<br>VS.<br><br>U.S. PENITENTIARY, POLLOCK, EXECUTIVE,<br>SUPERVISORY AND CUSTODIAL STAFF ET AL. | CIVIL ACTION NO. 08-0365<br><br>SECTION P<br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

IT IS FURTHER ORDERED that plaintiff's amended complaint [rec. doc. 10] be **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 24th day of June, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE